## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## HATTIESBURG, DIVISION

WILLIAM H. "RUSTY" DURHAM, M.D.

V.                                              CIVIL ACTION NO.:  2:04-cv-000237-KS-JMR

MICHAEL J. MILLER

---

## FINAL JUDGMENT

---

Pursuant to the jury's findings issued on November 1, 2005, before the Honorable Keith Starrett, United States District Court Judge, Southern District of Mississippi, the Court hereby finds for the plaintiff in the above-styled case and awards damages as follows:

1.    $2,868,000 in actual damages for which the defendant Michael J. Miller is liable;

2.    plus interest at the rate of 4.35% from the date of the commencement of this action on June 3, 2004.

3.    All costs are taxed to the Defendant.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Final Judgment be entered with the United States District Court, Southern District of Mississippi, in the amount of $2,868,000 in actual damages, plus interest from the date of the commencement of this action, be enrolled against the Defendant Michael J. Miller.

This the 16th day of November, 2005.

s/ *Keith Starrett*
UNITED STATES DISTRICT JUDGE